IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA



FILED

2010 DEC 27  PM 12: 27

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

DERRIK SMITH,
7300 W Irlo Bronson Hwy
Apt 1001
Kissimmee FL 34747

        Plaintiff,                  Case No.:    6:10-cv-01734-PCF-GJK

Vs.

HAROLD E. SCHERR,
LAW OFFICES OF HAROLD E.
SCHERR, P.A.,COLLECT SOUTHEAST, LLC,
and JOHN MITCHELL,
1064 Greenwood Blvd, Suite 328
Lake Mary FL 32746

        Defendants

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff in the above style action and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) files this notice of voluntary dismissal, dismissing against all Defendants all

claims and causes of action asserted in the above-styled action with prejudice. Defendants have

not served an answer or motion for summary judgment.

Dated: December 24, 2010                Respectfully submitted,

_____

Derrik Smith, pro se Defendant